# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMETHOD PUBLIC SCHOOLS, a California corporation, and DOES 1 through 10,<br><br>    Defendants. | Case No. 4:23-cv-00199-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE STEPPING STONES, LLC'S RESPONSE DEADLINE TO THE COUNTERCLAIM PURSUANT TO L.R. 6-1(B)** |
| AMETHOD PUBLIC SCHOOLS, a California corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC,<br><br>    Counterdefendant. | |

ORDER

The Court, having considered Plaintiff and Counterdefendant The Stepping Stones, LLC ("SSG") and Defendant and Counterclaimant Amethod Public Schools ("AMPS") Stipulation to Extend SSG's Response Deadline to the Counterclaim Pursuant to L.R. 6-1(b), and finding good cause, hereby GRANTS the Stipulation and ORDERS that SSG's response deadline to the Counterclaim is extended from April 17, 2023 to May 8, 2023 in the event AMPS fails to file an amended Counterclaim by May 1, 2023, or 21 days from the date when AMPS files an amended Counterclaim.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:  4/17/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

149247173v2