**TROUTMAN PEPPER HAMILTON SANDERS, LLP**
Jeffrey M. Goldman (SBN 233840)
   E-mail: jeffrey.goldman@troutman.com
Sevana Haroutunian (SBN 315037)
   E-mail: sevana.haroutunian@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:   213.928.9800
Facsimile:   213.928.9850

*Attorneys for Plaintiff and Counterdefendant*
THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC

**ROPERS MAJESKI PC**
Todd Roberts (SBN 129722)
   Email: todd.roberts@ropers.com
Martin D. Dioli (SBN 172775)
   Email: martin.dioli@ropers.com
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone:   650.364.8200
Facsimile:   650.780.1701

*Attorneys for Defendant and Counterclaimant*
AMETHOD PUBLIC SCHOOLS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMETHOD PUBLIC SCHOOLS, a California corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 4:23-cv-00199-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Date:   May 2, 2023<br>Time:   2:00 p.m. |
| AMETHOD PUBLIC SCHOOLS, a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC,<br><br>Counterdefendant | |

Pursuant to Civil Local Rule 6-2, Plaintiff and Counterdefendant THE STEPPING STONES GROUP LLC ("SSG") and Defendant and Counterclaimant AMETHOD PUBLIC SCHOOLS ("AMPS"), by and through their respective counsel, hereby stipulate as follows:

1. On January 13, 2023, SSG filed its complaint and served the complaint on AMPS on March 1, 2023 [Dkt. No. 1].

2. On February 15, 2023, the Court issued its Notice Setting Case Management Conference setting the Case Management Conference ("CMC") for May 2, 2023 at 2:00 p.m. and set the deadline for the Case Management Conference to be April 25, 2023 [Dkt. No. 11].

3. On March 16, 2023, the parties stipulated to extend the time for AMPS to respond to the Complaint to March 27, 2023 [Dkt. No. 15].

4. On March 27, 2023, AMPS filed its Answer to the Complaint along with a Counterclaim against SSG [Dkt. No. 17].

5. On April 14, 2023, in lieu of SSG filing a Motion to Dismiss the Counterclaim, AMPS agreed to amend its Counterclaim. Accordingly, the parties stipulated that AMPS shall file its First Amended Counterclaim by May 1, 2023, and extended the time for SSG to otherwise respond to the Counterclaim from April 17, 2023 to May 8, 2023 [Dkt. No. 18]. The Court granted the Stipulation [Dkt. No. 19].

6. In light of the fact that AMPS will not file its First Amended Counterclaim until one week after the CMC Statement is due, the parties respectfully request a continuance on the CMC date and the CMC Statement, to allow the parties to accurately respond to substantive and procedural issues in the CMC Statement, and to avoid the need to modify or alter the Scheduling Order once SSG reviews the First Amended Counterclaim.

7. The parties have not previously asked the Court to change the date of the CMC.

8. Neither party believes this change will negatively impact the schedule in this case.

///

///

9.      THEREFORE, the parties stipulate and request that the CMC currently scheduled for May 2, 2023, at 2:00 p.m. be rescheduled to June 6, 2023, at 2:00 p.m., and that the deadline for the CMC Statement be continued from April 25, 2023 to May 30, 2023.

Respectfully submitted,

Dated: April 21, 2023

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Jeffrey M. Goldman*
Jeffrey M. Goldman (SBN 233840)
E-mail: jeffrey.goldman@troutman.com
Sevana Haroutunian (SBN 315037)
E-mail: sevana.haroutunian@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

*Attorneys for Plaintiff and Counterdefendant*
THE STEPPING STONES GROUP LLC

**ROPERS MAJESKI PC**

By: /s/ *Todd A. Roberts*
Todd A. Roberts (SBN 129722)
todd.roberts@ropers.com
Martin D. Dioli (SBN 172775)
martin.dioli@ropers.com
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: 650.364.8200
Facsimile: 650.780.1701

*Attorneys for Defendant and Counterclaimant*
AMETHOD PUBLIC SCHOOLS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation And [Proposed] Order To Reschedule The Case Management Conference has been obtained from the other signatories.

Dated: April 21, 2023

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Jeffrey M. Goldman*
Jeffrey M. Goldman
*Attorneys for Plaintiff and Counterdefendant*
THE STEPPING STONES GROUP LLC

1  **IT IS SO ORDERED** that the foregoing Stipulation to Reschedule the Case
2  Management Conference is approved.  The telephonic initial Case Management Conference
3  scheduled for May 2, 2023, at 2:00 p.m. is continued to June 6, 2023 at 2:00 p.m., and that the
4  deadline for the CMC Statement be continued from April 25, 2023 to May 30, 2023.

5  Dated:  4/24/2023

        _____
6        Honorable Haywood S. Gilliam, Jr.
         UNITED STATES DISTRICT JUDGE

8  151272719v1