1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMETHOD PUBLIC SCHOOLS, a California corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.  4:23-cv-00199-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE STEPPING STONES, LLC'S RESPONSE DEADLINE TO THE FIRST AMENDED COUNTERCLAIM PURSUANT TO L.R. 6-1(b)** |
| AMETHOD PUBLIC SCHOOLS, a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC,<br><br>Counterdefendant | |

ORDER
Case No. 4:23-cv-00199-HSG

The Court, having considered Plaintiff and Counterdefendant The Stepping Stones, LLC ("SSG") and Defendant and Counterclaimant Amethod Public Schools ("AMPS") Stipulation to Extend SSG's Response Deadline to the Counterclaim Pursuant to L.R. 6-1(b), and finding good cause, hereby GRANTS the Stipulation and ORDERS that SSG's response deadline to the First Amended Counterclaim is extended from May 15, 2023, to and including, May 22, 2023.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 5/11/2023

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE