UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE STEPPING STONES GROUP LLC,

      Plaintiff(s),

v.

AMETHOD PUBLIC SCHOOLS, et al,

      Defendant(s).

Case No. 4:23-cv-00199-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Arthur Christopher Young, an active member in good standing of the bar of Pennsylvania, New York, and New Jersey, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The Stepping Stones Group, LLC in the above-entitled action. My local co-counsel in this case is Jeffrey M. Goldman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 233840.

| | |
|---|---|
| Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Eighteenth and Arch<br>Philadelphia, PA 19103<br>MY ADDRESS OF RECORD | Troutman Pepper Hamilton Sanders LLP<br>5 Park Plaza, Suite 1400, Irvine, CA 92614<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 215-981-4190<br>MY TELEPHONE # OF RECORD | 949-622-2700<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| christopher.young@troutman.com<br>MY EMAIL ADDRESS OF RECORD | jeffrey.goldman@troutman.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA (55742).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.



I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/19/2023

APPLICANT
Arthur Christopher Young

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Arthur Christopher Young is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/22/2023

UNITED STATES DISTRICT JUDGE





# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**  }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that A. CHRISTOPHER YOUNG   Bar #55742 was duly admitted to practice in said Court on   01/24/1990, and is in good standing as a member of the bar of said Court.

*[Signature: George Wylesol]*

**GEORGE WYLESOL**
**Clerk of Court**

**CLERK'S OFFICE**
Sworn to and Subscribed before me this day
Mar/3/2023

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

DATED at Philadelphia, Pennsylvania on  03/03/2023

BY: *[Signature: Paige Conti]*

**Deputy Clerk**

Rev. 1/20/17



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Arthur Christopher Young

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 26, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 29, 2023.

*Robert D. Mayberger*

Clerk of the Court

CertID-00111436



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **Arthur C Young**
*(No.* **039441989** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 21, 1989** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **24th** *day of* **March** *, 20* **23** *.*

*Clerk of the Supreme Court*

-453a-