UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STEPPING STONES GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMETHOD PUBLIC SCHOOLS,<br><br>Defendant. | Case No. 23-cv-00199-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on November 28, 2023. Having considered the parties' proposals, *see* Dkt. No. 44, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | December 15, 2023 |
| Close of Fact Discovery | May 10, 2024 |
| Exchange of Opening Expert Reports | May 24, 2024 |
| Exchange of Rebuttal Expert Reports | June 14, 2024 |
| Close of Expert Discovery | June 21, 2024 |
| Dispositive Motion Hearing Deadline | August 1, 2024, at 2:00 p.m. |
| Pretrial Conference | October 29, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | November 18, 2024, at 8:30 a.m. |

//

//

//

//


1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3  terminates Dkt. No. 44.
4  **IT IS SO ORDERED.**
5  Dated:   12/7/2023

   _____
   HAYWOOD S. GILLIAM, JR.
   United States District Judge