UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPPING STONES GROUP, LLC,<br><br>                          Plaintiff(s)<br>  v.<br>AMETHOD PUBLIC SCHOOLS, et al.<br><br>                          Defendant(s) | CASE No C 4:23-cv-00199<br><br>STIPULATION AND<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
     Mediation with Judicate West, JAMS, or AAA

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: December 5, 2023        /s Martin Dioli
                                                Attorney for Plaintiff

Date: December 5, 2023        /s Jeffrey M. Goldman (who attests that Mr. Dioli has concurred in the filing of the document per L.R. 5-1(i)(3))
                                                Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 4/29/2024                 *Haywood S. Gilliam Jr.*
                                                U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

