**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Jeffrey M. Goldman (SBN 233840)
　E-mail: jeffrey.goldman@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:　213.928.9800
Facsimile:　213.928.9850

A. Christopher Young (Admitted *pro hac vice*)
　E-mail: christopher.young@troutman.com
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone:　215.981.4000
Facsimile:　215.981.4750

*Attorneys for Plaintiff and Counter-Defendant*
STEPPING STONES GROUP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AMETHOD PUBLIC SCHOOLS, a California corporation, and DOES 1 through 10,<br><br>　　　　　　　Defendants.<br><br>AMETHOD PUBLIC SCHOOLS, a California corporation,<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>THE STEPPING STONES GROUP LLC, a Delaware limited liability company, as successor-in-interest to FUTURES EDUCATION, LLC,<br><br>　　　　　　　Counterdefendant. | Case No. 4:23-cv-00199-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER DENYING STIPULATION TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL DATE BY FOUR MONTHS** |

Plaintiff and Counterdefendant, the Stepping Stones Group LLC ("SSG"), and Defendant and Counterclaimant Amethod Public Schools ("AMPS") (collectively, the "Parties"), filed a Stipulation to Continue the Scheduling Order by Four Months (the "Joint Stipulation"). Upon review of the Joint Stipulation and good cause appearing, IT IS SO ORDERED, the Joint Stipulation is DENIED.

| | |
|---|---|
| Close of Fact Discovery | September 10, 2024 |
| Exchange of Opening Expert Reports | September 24, 2024 |
| Exchange of Rebuttal Expert Reports | October 14, 2024 |
| Close of Expert Discovery | October 21, 2024 |
| Dispositive Motion Hearing Deadline | December 1, 2024 |
| Pretrial Conference | February 28, 2025 |
| Jury Trial | March 18, 2025 |

4/29/2024
Date

Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

